**Order filed November 20, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO.  14-15-00436-CV

———————

### JUAN ROMERO, Appellant

### V.

### STRESSFREE PROPERTY SOLUTIONS & THOMAS BARKER, Appellees

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1061296**

## O R D E R

Appellant's brief was due November 16, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 18, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM